IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


CHERYL L. COOK                                                    PLAINTIFF


         v.                          CIVIL NO. 12-2137


MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration               DEFENDANT


## O R D E R

On September 24, 2012, Defendant filed a transcript in the above action. As previously filed transcripts in other actions have contained many duplicative medical records, the Court directs, in the interest of expediting a ruling on this matter, Defendant to file a supplement to Defendant's appeal brief reporting the transcript page numbers of any duplicative medical records. Should Plaintiff disagree with Defendant's report of duplicative medical records, Plaintiff should set forth the reason for disagreeing with Defendant in a supplement to Plaintiff's appeal brief.

IT IS SO ORDERED this 24th day of September, 2012.


s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE


AO72A
(Rev. 8/82)